## IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 174.49.139.63

**ISP:** Comcast Communications, LLC
**Physical Location:** Greencastle, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/01/2018 18:16:15 | 233AE9AA3624545A9484255939C08FA6B809B05E | Simply Perfect |
| 10/21/2017 03:39:36 | C85A634F128F99D583812122D159ACC3E0004075 | Rock Me All Night Long |
| 09/09/2017 14:48:20 | EF66B83E546427CFF96F47C410E10A359DE0CA32 | I Cook Naked |

**Total Statutory Claims Against Defendant: 3**

EXHIBIT A